# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| DR. HERBERT R. PUTZ, ET AL., | : | CIVIL ACTION NO. 3:09-CV-00003 |
| PLAINTIFFS | : | |
| v. | : | **ORDER** |
| | : | |
| MICHAEL H. GOLDEN, ET AL., | : | JUDGE NORMAN K. MOON |
| DEFENDANTS | : | |

For the reasons stated in the accompanying Memorandum Opinion, I **DECLINE** to adopt the Magistrate Judge's Report and Recommendation, and Defendants' Motion to Dismiss for Lack of Jurisdiction (docket no. 6) is **GRANTED**. Additionally, Plaintiffs' motion to strike (docket no. 33) Defendants' objections to the Report and Recommendation is **DENIED**. Any other pending motions are **DENIED as MOOT**, and this action is hereby **STRICKEN** from the active docket of the Court.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 31st day of December, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE